## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO:  16-17792 |
| | : | |
| Mary M. McDermott | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2017, a true and correct copy of the Motion to Sell Real Estate Free and Clear of all Liens and Encumbrances, To Approve Broker's Commission, And To Permit Limited Distribution of Certain Sale Proceeds at Settlement was served upon the following by electronic means and by first class mail, postage prepaid on the addresses listed below and on attached pages:

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

William C. Miller, Esquire
Chapter 13 Trustee
111 S. Independence Mall
Suite 583
Philadelphia, PA 19106

Specialized Loan Servicing
8742 Lucent Blvd., Ste. 300
Littleton, CO 80129

/s/ Linda M. McGaw
Linda M. McGaw
Burke & Hess
1672 Manheim Pike
Lancaster, PA 17601