STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: Mary McDermott | Chapter 13 Case Number: 16-17792-ELF |
|---|---|

## NOTICE OF APPEARANCE

THE BANK OF NEW YORK MELLON [1] [2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

William E. Miller, Esquire
*STERN & EISENBERG, PC*
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976

DATED THIS 20TH DAY OF MARCH, 2017.

By:    /s/William E. Miller, Esquire
☑ William E. Miller, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Facsimile: (215) 572-5025
Bar Number: 308951
wmiller@sterneisenberg.com

---

1  Full title of Creditor is as follows: THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-5.
2  The current Servicer of this loan is Shellpoint Mortgage Servicing.
3  For reference, the property address associated with the undersigned's representation is 6423 Radcliffe street, Bristol, PA 19007-5718.

# **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a true and correct copy of the within Entry of Appearance and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

Mary McDermott
6423 Radcliffe Street
Bristol, PA 19007-5718

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Michael D. Hess, Esquire
1672 Manheim Pike
Lancaster, PA 17601

                                            Respectfully Submitted:

                                            Stern & Eisenberg, PC

By:    /s/ William E. Miller, Esquire
         ☑ William E. Miller, Esquire
         Stern & Eisenberg, PC
         1581 Main Street, Suite 200
         The Shops at Valley Square
         Warrington, PA 18976
         Phone: (215) 572-8111
         Facsimile: (215) 572-5025
         Bar Number: 308951
         wmiller@sterneisenberg.com

Date: March 20, 2017