# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:**<br><br>    **Mary M. McDermott**<br><br>              **Debtor(s)** | **Chapter 13**<br><br>**Bankruptcy No. 16-17792-elf** |

## CERTIFICATE OF NO RESPONSE

     The undersigned, Michael D. Hess, Esquire, attorney for the Debtor hereby certifies that no answer, objection or other responsive pleading has been served upon me or upon the Debtor in connection with the Motion to Sell Property Free and Clear of Liens, which was served upon all parties of interest on February 23, 2017.

Dated: March 27, 2017

                                    **Burke & Hess**

                            **By:**    **/s/ Michael D. Hess**
                                    **Michael D. Hess, Esquire**
                                    **1672 Manheim Pike**
                                    **Lancaster, PA 17601**
                                    **Phone:  717-391-2911**
                                    **Fax:    717-391-5808**
                                    **Attorney for Debtors**