# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| In re:  Mary M. McDermott   Debtor(s) | Chapter 13  Bankruptcy No. 16-17792-elf |
|---|---|

## CERTIFICATE OF NO RESPONSE

The undersigned, Michael D. Hess, Esquire, attorney for the Debtor hereby certifies that no answer, objection or other responsive pleading has been served upon me or upon the Debtor in connection with the Motion for Appointment of Next Friend, which was served upon all parties of interest on February 27, 2017.

Dated: March 27, 2017

**Burke & Hess**

By: **/s/ Michael D. Hess**
**Michael D. Hess, Esquire**
**1672 Manheim Pike**
**Lancaster, PA 17601**
**Phone: 717-391-2911**
**Fax:     717-391-5808**
**Attorney for Debtors**