UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    :        CASE NO:    16-17792-elf
                          :
    Mary M. McDermott     :        Chapter 13
                          :
                Debtor(s) :

## AMENDED CERTIFICATE OF SERVICE

    I hereby certify that on the 6th day of April, 2017, a true and correct copy of the Notice of Rescheduled Meeting of Creditors was served upon the following by electronic means and by first class mail, postage prepaid on the addresses listed below and on attached pages:

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Mary McDermott
6423 Radcliffe Street
Bristol, PA 19007

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Chase Card Services
PO Box 15298
Wilmington, DE 19850

Denise Carlon
KML Law Group
c/o The Bank of New York Mellon FKA
The Bank of New York,
701 Market Street Ste 5000
Philadelphia PA 19106-1532

Discover
PO Box 30943
Salt Lake City, UT 84130

Discover Bank
PO Box 3025
New Albany, OH 43054-3025

McCabe, Weisberg and Conway, P.C.
123 South Broad Street, Suite 1400
Philadelphia, PA 19109

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Specialized Loan Servicing
8742 Lucent Blvd.
Suite 300
Littleton, CO 80129

The Bank of New York Mellon FKA
The Bank Of New York
INC., Asset-Backed Certificates, SER
Shellpoint Mortgage Servicing
PO BOX 10826
Greenville, SC 29603-0826

William E. Miller, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976

/s/ Linda M. McGaw
Linda M. McGaw
Burke & Hess
1672 Manheim Pike
Lancaster, PA 17601