United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mary M McDermott  
     Debtor

Case No. 16-17792-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Apr 05, 2017  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2017.  
db         +Mary M McDermott,   6423 Radcliffe Street,    Bristol, PA 19007-5718

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2017 at the address(es) listed below:

         DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-5 bkgroup@kmllawgroup.com  
         MICHAEL D. HESS    on behalf of Debtor Mary M McDermott amburke7@yahoo.com  
         THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-5 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM EDWARD MILLER    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al... wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
                                                                                                         TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In Re: | |
|---|---|
| Mary M. McDermott  Debtor | Chapter 13  Bankruptcy No. 16-17792 |

**ORDER**

AND NOW, this  4th  day of April 2017, upon consideration of the Debtor's Motion to Appoint Next Friend, and any response thereto, it is hereby **ORDERED** as follows:

1. The Motion is hereby granted;

2. The Court hereby appoints  Nancy McDermott , as Guardian *ad litem* pursuant to Fed. R. Bankr. P 1004.1.

3. The Guardian *ad litem* is permitted to appear and act on all matters within the Debtor's pending Chapter 13 case and other related bankruptcy issues on behalf of Debtor.

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**