**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | MARY McDERMOTT, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 16-17792 ELF |

# O R D E R

AND NOW, the Debtor having filed a Motion to Sell Property Free and Clear of Liens on **February 23, 2017** (Doc. # 25) ("the Motion");

AND, the Bank of New York Mellon ("BNYM") having filed a Response to the Motion on **April 7, 2017** (Doc. # 49);

AND, since the filing of BNYM's response, the hearing on the Motion having been continued four (4) times prior to the hearing scheduled on **August 29, 2017**;

AND, the Debtor's counsel having arranged for another continuance on **August 29, 2017** without giving any notice to BNYM's counsel;

It is therefore **ORDERED** that:

1. The hearing on the Motion is **CONTINUED** to **September 12, 2017, at 1:00 p.m.**

2. **The Debtor's counsel SHALL PERSONALLY APPEAR** at the next hearing to prosecute the Motion or show cause why the Motion should not be denied for lack of prosecution.

Date: August 29, 2017

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE