United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Mary M McDermott
    Debtor

Case No. 16-17792-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Aug 30, 2017
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2017.
db        +Mary M McDermott,   6423 Radcliffe Street,   Bristol, PA 19007-5718
cr        +THE BANK OF NEW YORK MELLON Et Al...,   Stern & Eisenberg,   1581 Main Street,   Suite 200,   Warrington, PA 18976-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2017 at the address(es) listed below:
          DENISE ELIZABETH CARLON    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-5 bkgroup@kmllawgroup.com
          MICHAEL D. HESS    on behalf of Debtor Mary M McDermott amburke7@yahoo.com
          THOMAS I. PULEO    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-5 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD MILLER    on behalf of Creditor   THE BANK OF NEW YORK MELLON Et Al... wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                                        TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | MARY McDERMOTT, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 16-17792 ELF |

# O R D E R

AND NOW, the Debtor having filed a Motion to Sell Property Free and Clear of Liens on **February 23, 2017** (Doc. # 25) ("the Motion");

AND, the Bank of New York Mellon ("BNYM") having filed a Response to the Motion on **April 7, 2017** (Doc. # 49);

AND, since the filing of BNYM's response, the hearing on the Motion having been continued four (4) times prior to the hearing scheduled on **August 29, 2017**;

AND, the Debtor's counsel having arranged for another continuance on **August 29, 2017** without giving any notice to BNYM's counsel;

It is therefore **ORDERED** that:

1. The hearing on the Motion is **CONTINUED** to **September 12, 2017, at 1:00 p.m.**

2. **The Debtor's counsel SHALL PERSONALLY APPEAR** at the next hearing to prosecute the Motion or show cause why the Motion should not be denied for lack of prosecution.

Date: **August 29, 2017**

                                                 **ERIC L. FRANK**
                                                 **CHIEF U.S. BANKRUPTCY JUDGE**