

## APPRAISAL OF REAL PROPERTY

### LOCATED AT:

6423 North Radcliffe Street
Lot WS Radcliffe St., 450' S Beech St., Bristol Twp.
Bristol, PA 19007

### FOR:

Ms. Nancy McDermott
6423 Radcliffe St.
Bristol, PA 19007

### AS OF:

September 1, 2017

### BY:

Scott C. Murray
2 Canals End Rd., Ste. 202-B, PO Box 201
Bristol, PA 19007-0201
215-785-4990

# SCOTT C. MURRAY

*Real Estate Appraisals*

2 Canals End Road Suite 202-B • PO Box 201
Bristol, PA 19007-0201
PH: 215-785-4990
FAX: 215-785-5593

September 9, 2017

Ms. Nancy McDermott
6423 North Radcliffe St
Bristol, PA 19007

RE: Property:    6423 North Radcliffe St
                Bristol, PA 19007
                Tax ID #05-077-040

    In accordance with your request I have appraised the above referenced property. The report of that appraisal is attached.

    The purpose of this appraisal was to develop an opinion of market value for the property described in this appraisal report, as improved, owned in fee simple, and unencumbered.

    I submit herewith my report, describing the method of appraisal and setting forth a description of the property together with an analysis of data underlining the conclusions derived, subject to all limiting conditions and assumptions contained herein. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice (USPAP).

    As a result of my appraisal and analysis, it is my opinion that the subject property, as of the effective date of this report, and subject to all limiting conditions and assumptions included herein, has an estimated Market Value, based on its current "as is" condition, as follows:

ONE HUNDRED FIFTEEN THOUSAND DOLLARS
($115,000.00)

Respectfully submitted,

Scott C. Murray
PA Certified Residential Real Estate Appraiser
RL-003283-L

**Appraisal Report**

## UNIFORM RESIDENTIAL APPRAISAL REPORT

**Property Description**

| | | | | |
|---|---|---|---|---|
| Property Address | 6423 North Radcliffe Street | City Bristol | State PA | Zip Code 19007 |

Legal Description  Lot WS Radcliffe St., 450' S Beech St., Bristol Twp.   County Bucks

Assessor's Parcel No.  05-077-040    Tax Year 2017    R.E. Taxes $ 8,626    Special Assessments $ 0

Borrower N/A    Current Owner Mary McDermott    Occupant: ☒ Owner  ☐ Tenant  ☐ Vacant

Property rights appraised ☒ Fee Simple  ☐ Leasehold    Project Type  ☐ PUD  ☐ Condominium (HUD/VA only)  HOA $ 0  /Mo.

Neighborhood or Project Name  Landreth Manor section, Bristol Twp.    Map Reference 37964    Census Tract 1003.031

Sale Price $  N/A    Date of Sale N/A    Description and $ amount of loan charges/concessions to be paid by seller  N/A

Lender/Client  Ms. Nancy McDermott    Address 6423 Radcliffe St., Bristol, PA 19007

Appraiser  Scott C. Murray    Address 2 Canals End Rd., Ste. 202-B, PO Box 201, Bristol, PA 19007-0201

| Location | ☐ Urban | ☒ Suburban | ☐ Rural | Predominant occupancy | Single family housing | | Present land use % | Land use change |
|---|---|---|---|---|---|---|---|---|
| | | | | | PRICE $(000) | AGE (yrs) | One family 75 | ☒ Not likely  ☐ Likely |
| Built up | ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | | | | 2-4 family 0 | ☐ In process |
| Growth rate | ☐ Rapid | ☒ Stable | ☐ Slow | ☒ Owner | 50 Low 20 | | Multi-family 0 | To: |
| Property values | ☐ Increasing | ☒ Stable | ☐ Declining | ☐ Tenant | 625 High 110 | | Commercial 10 | |
| Demand/supply | ☐ Shortage | ☒ In balance | ☐ Over supply | ☐ Vacant (0-5%) | 275 Predominant 55 | | Indst-Open 15 | |
| Marketing time | ☒ Under 3 mos. | ☒ 3-6 mos. | ☐ Over 6 mos. | ☐ Vac (over 5%) | | | | |

**Note:** Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics:   Edgely Ave. to north, Green Lane to south, river to east, railroad to west.  Landreth Manor-Edgely section of Twp.  Highest price homes on North Radcliffe St., some with river frontage.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.):
No apparent adverse factors which should affect marketability.  Stable area with average appeal.  Access to all supporting facilities including shopping, schools, employment and recreation.  Near local facilities via car, business areas in Bristol Borough and on Rte. #13.  Bus to schools.  Near main arteries/employment centers.  Some business uses to west of Wood Ave., all with deep setbacks from street, no adverse influences to property values.  Highest priced homes in section on North Radcliffe St., including those with river frontages; some new-modern homes thru-out as well.  Section has average appeal.  Portion of neighborhood within Bristol Borough to south.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.):
If a trend is indicated, I have attached an addendum providing relevant data.  Overall list-sell ratio within subject's total market area is currently 97%.  Adequate financing available with favorable rates and terms, Conventional, VA and FHA terms.  No market transition noted.  Marketing time in subject's overall market area as reported by TReND MLS has decreased from previous quarter; average listing period from previous quarter to present has decreased from 78 days to 70 days.  Current price levels appear stable for most part.  Seller concessions, when existing, have sellers helping with buyer's costs; some times impact on selling prices has been noted.  Source: TReND MLS

Project Information for PUDs (If applicable) - - Is the developer/builder in control of the Home Owners' Association (HOA)?  ☐ Yes  ☐ No
Approximate total number of units in the subject project    Approximate total number of units for sale in the subject project
Describe common elements and recreational facilities:

| | | | |
|---|---|---|---|
| Dimensions  119.08' x 154.59' x 156.48' x 150' | | Topography | Level |
| Site area  20,969 sf | Corner Lot ☒ Yes  ☐ No | Size | Avge. |
| Specific zoning classification and description  R2 Res. SF | | Shape | Rect. |
| Zoning compliance ☒ Legal  ☐ Legal nonconforming (Grandfathered use)  ☐ Illegal  ☐ No zoning | | Drainage | Appears adequate |
| Highest & best use as improved:  ☒ Present use  ☐ Other use (explain) | | View | Avge. |

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Street | Macadam | ☒ | | Landscaping | Below avge./Overgrown |
| Gas | ☒ | | Curb/gutter | None | | | Driveway Surface | Gravel/Stone |
| Water | ☒ | | Sidewalk | None | | | Apparent easements | Normal of record |
| Sanitary sewer | ☒ | | Street lights | Yes | | | FEMA Special Flood Hazard Area  ☐ Yes  ☒ No | |
| Storm sewer | ☒ | | Alley | None | | | FEMA Zone  X500    Map Date  03/16/2015 | |
| | | | | | | | FEMA Map No.  42017C0527J | |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.):
Easements of record, no visible violations noted.  Normal wear to site improvements.  Front lot, circular drive with access from side street.
Side patio; side deck poor condition.  No curbs/sidewalks.  Overgrown shrubbery.  Ample front setback from street.

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Units | Two | Foundation | Conc | Slab | No | Area Sq. Ft. | 0 | Roof | ☐ |
| No. of Stories | 2 | Exterior Walls | Brick-Vinyl | Crawl Space | Yes | % Finished | | Ceiling | Av ☒ |
| Type (Det./Att.) | Det. | Roof Surface | Flat/Roll.Asph | Basement | No | Ceiling | | Walls | Av ☒ |
| Design (Style) | Contemp | Gutters & Dwnspts. | Alum | Sump Pump | No | Walls | | Floor | ☐ |
| Existing/Proposed | E | Window Type | DH-case | Dampness | Possible | Floor | | None | ☐ |
| Age (Yrs.) | 57 yrs. | Storm/Screens | SS | Settlement | Not determined | Outside Entry | | Unknown | ☐ |
| Effective Age (Yrs.) | 35 yrs. | Manufactured House | No | Infestation | Not determined | | | | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | 0 |
| Level 1 | 1 | | 1 | | | | | 1 | .5 | X | | 1,220 |
| Level 2 | 1 | | 1 | | | | | 4 | 3 | | | 1,808 |

Finished area above grade contains:   9 Rooms;   5 Bedroom(s);   3.5 Bath(s);   3,028  Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | WW,Vinyl,HW / F | Type | HW/FWA | Refrigerator | | None | ☒ | Fireplace(s) # No | ☐ | None | ☐ |
| Walls | Drywall / F | Fuel | Oil-Gas | Range/Oven | | Stairs | ☐ | Patio Side | ☒ | Garage | # of cars |
| Trim/Finish | Wood / F | Condition | Good | Disposal | | Drop Stair | ☐ | Deck Side | ☒ | Attached | ☐ |
| Bath Floor | Tile,Vinyl / F | COOLING | | Dishwasher | | Scuttle | ☐ | Porch Encl. rear | ☒ | Detached | ☐ |
| Bath Wainscot | Tile / F | Central | No | Fan/Hood | | Floor | ☐ | Fence No | ☐ | Built-In | 2-cars |
| Doors | Wood / F | Other | | Microwave | | Heated | ☐ | Pool No | ☐ | Carport | ☐ |
| | | Condition | | Washer/Dryer | | Finished | ☐ | | | Driveway | 3+ cars |

Additional features (special energy efficient items, etc.):   Main dwelling with an in-law unit above garage.  Separate heating systems, both newer approx. 5 yrs.; gas furnace heats main dwelling with HWBB; oil furnace heats in-law unit with FWA.  Elec. hot water heater.  Separate electric service.

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction, remodeling/additions, etc.:   Avge. quality, overall poor condition of dwl.  Interior older-dated, deferred maintenance thru-out; flat roof has damage over main unit with missing/damaged ceiling in 1st fl. BR and MBR, extent of any damage unknown; roof over in-law unit was repaired within past 4 yrs., however any defects/damage remains unknown.  Kitchen/baths older, may have plumbing issues.  Peeling paint on exterior, overgrown yard.

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property:   No known or apparent adverse environmental conditions that would negatively impact property values.
Above ground oil tank, no adverse conditions noted.

| | | |
|---|---|---|
| Freddie Mac Form 70  6/93 | PAGE 1 OF 2 | Fannie Mae Form 1004  6/93 |

# UNIFORM RESIDENTIAL APPRAISAL REPORT

File No. _____

**Valuation Section**

**COST APPROACH**

| ESTIMATED SITE VALUE | = $ _____ | Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property): |
|---|---|---|
| ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS: | | |
| Dwelling    3,028  Sq. Ft. @$ _____ = $ _____ | | See attached bldg. sketch/plan. |
| _____  Sq. Ft. @$ _____ = $ _____ | | Esti. remaining economic life: 20 years. |
| Garage/Carport _____  Sq. Ft. @$ _____ = $ _____ | | |
| Total Estimated Cost New _____ = $ _____ | | |
| Less    Physical    Functional    External    NOT APPLICABLE | | |
| Depreciation = $ _____ | | |
| Depreciated Value of Improvements = $ _____ | | |
| "As-is" Value of Site Improvements = $ _____ | | |
| INDICATED VALUE BY COST APPROACH = $ _____ | | |

**SALES COMPARISON ANALYSIS**

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 6423 North Radcliffe Street Bristol | 6629 North Radcliffe Street Bristol, PA 19007 | | 6815 North Radcliffe Street Bristol, PA 19007 | | 7207 North Radcliffe Street Bristol, PA 19007 | |
| Proximity to Subject | | 0.23 miles NE | | 0.37 miles NE | | 0.84 miles NE | |
| Sales Price | $ N/A | $ 85,000 | | $ 196,000 | | $ 192,000 | |
| Price/Gross Living Area | $ N/A | $ 65.99 ⌀ | | $ 96.08 ⌀ | | $ 117.14 ⌀ | |
| Data and/or Verification Source | Inspection 9-1-17 | MLS DOM: 139 Public Records  Cash | | MLS DOM: 6 Public Records  FHA | | MLS DOM: 51 Public Records  VA | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Sales or Financing Concessions | | | | Seller assist $300 | | Seller assist $10,000 | −10,000 |
| Date of Sale/Time | | 5-24-12 | | 10-2-13 | | 2-22-16 | |
| Location | Avge. | Avge. | | Avge. | | Avge. | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 20,969 sf | 18,981 sf | | 10,000 sf | +2,500 | 7,841 sf | +3,000 |
| View | Avge. | Avge. | | Avge. | | Avge. | |
| Design and Appeal | 2 sty. Det. | 2 sty. Det. | | 1 sty. Det. | | 2 sty. Det. | |
| Quality of Construction | Avge. | Avge. | | Avge. | | Avge. | |
| Age | 57 yrs. | 77 yrs. | | 65 yrs. | | 105 yrs. | |
| Condition | Poor | Poor | | Avge. | −75,000 | Good | −100,000 |
| Above Grade | Total  Bdrms  Baths | Total  Bdrms  Baths | | Total  Bdrms  Baths | | Total  Bdrms  Baths | |
| Room Count | 9    5    3.5 | 6    3    1 | +10,000 | 6    3    1 | +10,000 | 7    3    2 | +5,000 |
| Gross Living Area | 3,028 Sq. Ft. | 1,288 Sq. Ft. | +26,100 | 2,040 Sq. Ft. | +14,820 | 1,639 Sq. Ft. | +20,835 |
| Basement & Finished Rooms Below Grade | Crawl | Full- unfin. | −8,000 | Part.- unfin. | −8,000 | Full- unfin. | −8,000 |
| Functional Utility | Avge. | Avge. | | Avge. | | Avge. | |
| Heating/Cooling | HW/FWA-No AC | OHW-No AC | | OBB-CAC | −6,000 | OHW-No AC | |
| Energy Efficient Items | Below avge. | Below avge. | | Avge. | −3,000 | Avge. | −3,000 |
| Garage/Carport | 2-C garage | None | +6,000 | 1-C garage | +3,000 | 2-C garage | |
| Porch, Patio, Deck, Fireplace(s), etc. | Deck/Patio | None | | Sunroom/Patio | −5,000 | Porch/Patio | |
| Fireplace(s), etc. | N/A | N/A | | N/A | | N/A | |
| Fence, Pool, etc. | N/A | N/A | | N/A | | N/A | |
| | | | | | | | |
| Net Adj. (total) | | ☒ +   − $ | 34,100 | + ☒ − $ | −66,680 | + ☒ − $ | −92,165 |
| Adjusted Sales Price of Comparable | | Net 40.1 % Gross 58.9 % $ | 119,100 | Net 34.0 % Gross 65.0 % $ | 129,320 | Net 48.0 % Gross 78.0 % $ | 99,835 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.):  Older aged, detached sales in same neighborhood, located on same side of N. Radcliffe St.  #2 and #3 with seller assist, #3 adjusted for impact noted on value.  Site sizes varied. #1 similar condition as subject; #2 was avge. condition when sold, #3 good condition with recent renovations thru-out.  GLA and bath count varied.  Each had unfin. basement area.  #2 had CAC.  #1 no garage, #2 only 1-C garage.  Deck-patio features varied.  #2 with sunroom. Larger than normal adjustments required due to subjects overall condition; also subjects location on N. Radcliffe St. warranted exceeding normal sales time for comps.  Final indicated value based on subject's overall condition and unknown roof condition/water damage.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source, for prior sales within year of appraisal | 12-23-03 $265,000 TReND MLS | 9-7-76 $26,200 TReND MLS | 7-26-51 Not Published TReND MLS | 10-14-14 $107,626  REO sale TReND MLS |

Analysis of any current agreement of sale, option, or listing of subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal:  No known agreement, listing or option.  No prior sale of subject within past 3 years.  No prior sale of market sales within pas 1 year.

| INDICATED VALUE BY SALES COMPARISON APPROACH | $ 115,000 |
|---|---|
| INDICATED VALUE BY INCOME APPROACH (If Applicable)    Estimated Market Rent $ N/A /Mo. x Gross Rent Multiplier N/A = $ N/A | |

This appraisal is made ☒ "as is"  ☐ subject to the repairs, alterations, inspections or conditions listed below  ☐ subject to completion per plans & specifications.
Conditions of Appraisal:  Appraised "as is" condition as of effective date.  No warranties implied.

**RECONCILIATION**

Final Reconciliation:  Market Data approach given most weight, reflecting buyers actions in the open market.  Cost approach and Income approach not deemed reliable indicators of value by typical buyers of single family residences.  See attached appraiser's certification and statement of limiting conditions.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/FNMA form 1004B (Revised    6/93    ).

I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF    September 1, 2017
(WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $    115,000

| APPRAISER: /PA Certified Residential Real Estate Appraiser | SUPERVISORY APPRAISER (ONLY IF REQUIRED): |
|---|---|
| Signature  Scott C. Murray | Signature _____  ☐ Did  ☐ Did Not |
| Name  Scott C. Murray | Name _____  Inspect Property |
| Date Report Signed  September 9, 2017 | Date Report Signed _____ |
| State Certification #  RL-003283-L    State PA | State Certification # _____  State _____ |
| Or State License # _____    State | Or State License # _____  State _____ |

Form UA2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Subject Photo Page**

| Lender/Client | Ms. Nancy McDermott | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6423 North Radcliffe Street | | | | | |
| City | Bristol | | County Bucks | | State PA | Zip Code 19007 |
| Borrower | N/A | | | | | |



### Subject Front

6423 North Radcliffe Street
| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 3,028 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3.5 |
| Location | Avge. |
| View | Avge. |
| Site | 20,969 sf |
| Quality | Avge. |
| Age | 57 yrs. |



### Subject Rear



### Street (N. Radcliffe St)

## Subject Photo Page

| Lender/Client | Ms. Nancy McDermott | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6423 North Radcliffe Street | | | | | |
| City | Bristol | | County Bucks | State PA | Zip Code | 19007 |
| Borrower | N/A | | | | | |



**Subject Front**

6423 North Radcliffe Street

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 3,028 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3.5 |
| Location | Avge. |
| View | Avge. |
| Site | 20,969 sf |
| Quality | Avge. |
| Age | 57 yrs. |



**Subject Rear**



**Street (N. Radcliffe St)**

**Subject Photo Page**

| Lender/Client | Ms. Nancy McDermott | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6423 North Radcliffe Street | | | | | |
| City | Bristol | County | Bucks | State | PA | Zip Code 19007 |
| Borrower | N/A | | | | | |



**Subject Front**

6423 North Radcliffe Street

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 3,028 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3.5 |
| Location | Avge. |
| View | Avge. |
| Site | 20,969 sf |
| Quality | Avge. |
| Age | 57 yrs. |



**Subject Rear/Side**



**Street (Landreth Ln)**

**Subject Photo Page**

| Lender/Client | Ms. Nancy McDermott | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 6423 North Radcliffe Street | | | | | | |
| City | Bristol | | County | Bucks | State | PA | Zip Code | 19007 |
| Borrower | N/A | | | | | | |



**Subject Front**

6423 North Radcliffe Street
| Sales Price | N/A |
|---|---|
| Gross Living Area | 3,028 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3.5 |
| Location | Avge. |
| View | Avge. |
| Site | 20,969 sf |
| Quality | Avge. |
| Age | 57 yrs. |



**Subject Front**



**Subject Side**

**In-Law Unit**

| Lender/Client | Ms. Nancy McDermott | | | | |
|---|---|---|---|---|---|
| Property Address | 6423 North Radcliffe Street | | | | |
| City | Bristol | County Bucks | | State PA | Zip Code 19007 |
| Borrower | N/A | | | | |


**Kitchen**


**Living Room**


**BR**


**Bath**


**Oil Htr (FWA)**


**HW Htr**


**BR Closet Ceiling**

**Main Dwelling**

| Lender/Client | Ms. Nancy McDermott | | | | |
|---|---|---|---|---|---|
| Property Address | 6423 North Radcliffe Street | | | | |
| City | Bristol | County Bucks | State PA | Zip Code 19007 |
| Borrower | N/A | | | | |


**Living Room**


**Powder Room**


**BR**


**BR Ceiling**


**Kitchen**


**Laundry**


**MBR**


**MBR Ceiling**


**MBR Ceiling**


**MBR Sitting Area**


**MBR Sitting Area Ceiling**


**Master Bath**


**Bath**


**BR**


**BR**

## Main Dwelling

| Lender/Client | Ms. Nancy McDermott | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 6423 North Radcliffe Street | | | | | | |
| City | Bristol | | County | Bucks | State | PA | Zip Code | 19007 |
| Borrower | N/A | | | | | | |



**BR Wall Above Window**



**Gas Htr (HWBB)**

**Site Map**

| Lender/Client | Ms. Nancy McDermott | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6423 North Radcliffe Street | | | | | |
| City | Bristol | | County Bucks | | State PA | Zip Code 19007 |
| Borrower | N/A | | | | | |



## Building Sketch

| Lender/Client | Ms. Nancy McDermott | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 6423 North Radcliffe Street | | | | | | |
| City | Bristol | County | Bucks | | State | PA | Zip Code | 19007 |
| Borrower | N/A | | | | | | |

THE SKETCH BELOW IS PROVIDED TO SHOW APPROXIMATE DIMENSIONS OF THE IMPROVEMENTS AND IS INCLUDED ONLY TO
ASSIST THE READER OF THIS REPORT IN VISUALIZING THE PROPERTY AND UNDERSTANDING THE APPRAISER'S
DETERMINATION OF ITS SIZE



TOTAL Sketch by a la mode, inc.

| Area Calculations Summary | | |
|---|---|---|
| **Living Area** | | **Calculation Details** |
| Closed Porch | 240 Sq ft | 24 × 10 = 240 |
| First Floor | 980 Sq ft | 25 × 35 = 875 |
| | | 7 × 15 = 105 |
| Second Floor | 1808 Sq ft | 23 × 21 = 483 |
| | | 25 × 35 = 875 |
| | | 15 × 30 = 450 |
| **Total Living Area (Rounded):** | **3028 Sq ft** | |
| **Non-living Area** | | |
| Patio | 288 Sq ft | 36 × 8 = 288 |
| Wood Deck | 288 Sq ft | 36 × 8 = 288 |
| 2-C Garage | 828 Sq ft | 23 × 36 = 828 |

**Neighborhood Map**

| Lender/Client | Ms. Nancy McDermott | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6423 North Radcliffe Street | | | | | |
| City | Bristol | County | Bucks | State | PA | Zip Code | 19007 |
| Borrower | N/A | | | | | |



**Zoning Map**

| Lender/Client | Ms. Nancy McDermott | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 6423 North Radcliffe Street | | | | | | |
| City | Bristol | County | Bucks | State | PA | Zip Code | 19007 |
| Borrower | N/A | | | | | | |



**Flood Map**

| Lender/Client | Ms. Nancy McDermott | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6423 North Radcliffe Street | | | | | |
| City | Bristol | County | Bucks | State | PA | Zip Code | 19007 |
| Borrower | N/A | | | | | |



**Comparable Photo Page**

| Lender/Client | Ms, Nancy McDermott | | | | |
|---|---|---|---|---|---|
| Property Address | 6423 North Radcliffe Street | | | | |
| City | Bristol | County Bucks | | State PA | Zip Code 19007 |
| Borrower | N/A | | | | |



### Comparable 1

6629 North Radcliffe Street
| | |
|---|---|
| Prox. to Subject | 0.23 miles NE |
| Sale Price | 85,000 |
| Gross Living Area | 1,288 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1 |
| Location | Avge. |
| View | Avge. |
| Site | 18,981 sf |
| Quality | Avge. |
| Age | 77 yrs. |



### Comparable 2

6815 North Radcliffe Street
| | |
|---|---|
| Prox. to Subject | 0.37 miles NE |
| Sale Price | 196,000 |
| Gross Living Area | 2,040 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1 |
| Location | Avge. |
| View | Avge. |
| Site | 10,000 sf |
| Quality | Avge. |
| Age | 65 yrs. |



### Comparable 3

7207 North Radcliffe Street
| | |
|---|---|
| Prox. to Subject | 0.84 miles NE |
| Sale Price | 192,000 |
| Gross Living Area | 1,639 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | Avge. |
| View | Avge. |
| Site | 7,841 sf |
| Quality | Avge. |
| Age | 105 yrs. |

**Comparable Sales Map**

| Lender/Client | Ms. Nancy McDermott | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6423 North Radcliffe Street | | | | | |
| City | Bristol | County | Bucks | State | PA | Zip Code | 19007 |
| Borrower | N/A | | | | | |



**DEFINITION OF MARKET VALUE:**  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

    * Adjustments to the comparables must be made for special or creative financing or sales concessions.  No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions.  Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction.  Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:**    The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1.  The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it.  The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title.  The property is appraised on the basis of it being under responsible ownership.

2.  The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3.  The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area.  Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4.  The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5.  The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value.  These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6.  The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal.  Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property.  The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7.  The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8.  The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9.  The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10.  The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent.  The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

Scott C. Murray
Form ACR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**APPRAISER'S CERTIFICATION:**   The Appraiser certifies and agrees that:

1.  I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation.   If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than, the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2.  I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report.  I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3.  I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4.  I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5.  I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6.  I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7.  I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8.  I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them.  I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9.  I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report.  I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:**   If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:**   6423 North Radcliffe Street, Bristol, PA 19007

| **APPRAISER:** | **SUPERVISORY APPRAISER (only if required):** |
|---|---|
| Signature: _Scott C. Murray_ | Signature: _____ |
| Name:  Scott C. Murray | Name: _____ |
| Date Signed:   September 9, 2017 | Date Signed: _____ |
| State Certification #:  RL-003283-L | State Certification #: _____ |
| or State License #: _____ | or State License #: _____ |
| State:  PA | State: _____ |
| Expiration Date of Certification or License:  6/30/19 | Expiration Date of Certification or License: _____ |

☐ Did      ☐ Did Not Inspect Property

| Lender/Client | Ms. Nancy McDermott | | | File No. | |
|---|---|---|---|---|---|
| Property Address | 6423 North Radcliffe Street | | | | |
| City | Bristol | County Bucks | | State PA | Zip Code 19007 |
| Borrower | N/A | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Report Is one of the following types:

☒ Appraisal Report (A written report prepared under Standards Rule 2-2(a) , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Restricted Appraisal Report (A written report prepared under Standards Rule 2-2(b) , pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

### Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
— The statements of fact contained in this report are true and correct.
— The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
— Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
— Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
— I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
— My engagement in this assignment was not contingent upon developing or reporting predetermined results.
— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

### Reasonable Exposure Time    (USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)
My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is: ___3-4 months___

### Comments on Appraisal and Report Identification
Note any USPAP-related issues requiring disclosure and any state mandated requirements:

| APPRAISER: | SUPERVISORY or CO-APPRAISER (if applicable): |
|---|---|
| Signature: *Scott C. Murray* | Signature: |
| Name: Scott C. Murray | Name: |
| State Certification #: RL-003283-L | State Certification #: |
| or State License #: | or State License #: |
| State: PA   Expiration Date of Certification or License: 6/30/19 | State:   Expiration Date of Certification or License: |
| Date of Signature and Report: September 9, 2017 | Date of Signature: |
| Effective Date of Appraisal: September 1, 2017 | |
| Inspection of Subject: ☐ None ☒ Interior and Exterior ☐ Exterior-Only | Inspection of Subject: ☐ None ☐ Interior and Exterior ☐ Exterior-Only |
| Date of Inspection (if applicable): September 1, 2017 | Date of Inspection (if applicable): |

Form ID14E — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**FIRREA / USPAP ADDENDUM**

| Lender/Client | Ms. Nancy McDermott | | | File No. | |
|---|---|---|---|---|---|
| Property Address | 6423 North Radcliffe Street | | | | |
| City | Bristol | County | Bucks | State  PA | Zip Code  19007 |
| Borrower | N/A | | | | |

## Purpose

The purpose of this appraisal is to estimate the market value of the subject property.  This report is to function as a supporting document in assisting the client establish an "as is" market value.

## Scope of Work

The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the definition of market value, statement of assumptions and limiting conditions, and certifications.  The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

## Intended Use / Intended User

Intended Use:    The Intended Use of this appraisal is to evaluate the property that is the subject of this appraisal, subject to the stated scope of work, purpose of the appraisal, reporting requirements of this appraisal report form, and definition of market value.

Intended User(s):  The Intended User of this appraisal report is the client.  No additional Intended Users are identified by the appraiser.

## History of Property

Current listing information:    Subject property is currently not listed for sale.

Prior sale:    Prior sale of subject property 12-23-03 $265,000

## Exposure Time / Marketing Time

My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is: 3-4 months

## Personal (non-realty) Transfers

N/A

## Additional Comments

## Certification Supplement

1. This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or an approval of a loan.
2. My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result or the occurrence of a subsequent event.

| | | | |
|---|---|---|---|
| Appraiser:  Scott C. Murray | | Supervisory Appraiser: | |
| Signed Date:  September 9, 2017 | | Signed Date: | |
| Certification or License #:  RL-003283-L | | Certification or License #: | |
| Certification or License State:  PA    Expires:  6/30/19 | | Certification or License State:    Expires: | |
| Effective Date of Appraisal:  September 1, 2017 | | Inspection of Subject: ☐ Did Not  ☐ Exterior Only  ☐ Interior and Exterior | |

Scott C Murray

# PRIVACY NOTICE

**Pursuant to the Gramm-Leach-Bliley Act of 1999, effective July 1, 2001, Appraisers, along with all providers of personal financial services are now required by federal law to inform their clients of the policies of the firm with regard to the privacy of client nonpublic personal information.  As professionals, we understand that your privacy is very important to you and are pleased to provide you with this information.**

## Types of Nonpublic Personal Information We Collect

In the course of performing appraisals, we may collect what is known as "nonpublic personal information" about you.  This information is used to facilitate the services that we provide to you and may include the information provided to us by you directly or received by us from others with your authorization.

## Parties to Whom We Disclose Information

We do not disclose any nonpublic personal information obtained in the course of our engagement with our clients to nonaffiliated third parties, except as necessary or as required by law.  By way of example, a necessary disclosure would be to our employees, and in certain situations, to unrelated third party consultants who need to know that information to assist us in providing appraisal services to you.  All of our employees and any third party consultants we employ are informed that any information they see as part of an appraisal assignment is to be maintained in strict confidence within the firm.

A disclosure required by law would be a disclosure by us that is ordered by a court of competent jurisdiction with regard to a legal action to which you are a party.

## Confidentiality and Security

We will retain records relating to professional services that we have provided to you for a reasonable time so that we are better able to assist you with your needs.  In order to protect your nonpublic personal information from unauthorized access by third parties, we maintain physical, electronic and procedural safeguards that comply with our professional standards to insure the security and integrity of your information.

Please feel free to call us any time if you have any questions about the confidentiality of the information that you provide to us.



DISPLAY THIS CERTIFICATE PROMINENTLY ● NOTIFY AGENCY WITHIN 10 DAYS OF ANY CHANGE

**Commonwealth of Pennsylvania**
**Department of State**
**Bureau of Professional and Occupational Affairs**
PO Box 2649 Harrisburg PA 17105-2649

15  0030799

Certificate Type

**Certified Residential Appraiser**

Certificate Status

Active

Initial Certification Date

08/17/1998

SCOTT C MURRAY
2 CANALS END ROAD
SUITE 202-B
PO BOX 201
BRISTOL PA  19007-0201

Certificate
Number

RL003283L

Expiration Date

06/30/2017

Acting Commissioner of Professional and Occupational Affairs

Signature

ALTERATION OF THIS DOCUMENT IS A CRIMINAL OFFENSE UNDER 18 PA.C.S.§. 4911