*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Mary M McDermott
    Debtor(s)

Case No: 16–17792–elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Sell Property Free and Clear of Liens under Section 363(f) Fee Amount $181.00 Filed by Mary M McDermott Represented by MICHAEL D. HESS

on: 10/18/17

at: 01:00 PM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 9/28/17

Timothy B. McGrath
Clerk of Court

77 – 25
Form 167