**ADDENDUM/ENDORSEMENT TO AGREEMENT OF SALE**     ASA

1   **PROPERTY** 6423 Radcliffe St
2           Bristol, PA  19007-5718
3   **SELLER** Nancy McDermott poa for Mary, McDermott
4   **BUYER**  Thomas DeStefano or assigns
5   **DATE OF AGREEMENT** September 12, 2017
6
7   The sale price shall be changed to $135,000.00
8
10   The settlement date shall be on or before February 13, 2018

...

37   All other terms and conditions of the Agreement of Sale remain unchanged and in full force and effect.
38
39   **WITNESS**_____  **BUYER** _*Thomas F. DiStefano*_____  **DATE** _____
40                                                 Thomas DeStefano or assigns
42   **WITNESS**_____  **BUYER** _____  **DATE** _____
45   **WITNESS**_____  **BUYER** _____  **DATE** _____
48   **WITNESS**_____  **SELLER** _____  **DATE** _____
49                                                 Nancy McDermott poa for Mary
51   **WITNESS**_____  **SELLER** _____  **DATE** _____
52                                                 McDermott
54   **WITNESS**_____  **SELLER** _____  **DATE** _____

**COPYRIGHT PENNSYLVANIA ASSOCIATION OF REALTORS® 1993**

6/01

 Pennsylvania Association of REALTORS®