**ADDENDUM/ENDORSEMENT TO AGREEMENT OF SALE**                                   ASA

1  **PROPERTY** 6423 Radcliffe St
2              Bristol, PA  19007-5718
3  **SELLER** Nancy McDermott poa for Mary, McDermott
4  **BUYER** Thomas DeStefano or assigns
5  **DATE OF AGREEMENT** September 12, 2017
6
7  The sale price shall be changed to $135,000.00
8
10 The settlement date shall be on or before February 13, 2018
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37 All other terms and conditions of the Agreement of Sale remain unchanged and in full force and effect.
38
39 **WITNESS**_____ **BUYER** _____ **DATE** _____
40                                            Thomas DeStefano or assigns
41
42 **WITNESS**_____ **BUYER** _____ **DATE** _____
43
44
45 **WITNESS**_____ **BUYER** _____ **DATE** _____
46
47
48 **WITNESS**_____ **SELLER** _Nancy McDermott__ **DATE** __12/12/2017__
49                                            Nancy McDermott poa for Mary
50
51 **WITNESS**_____ **SELLER** _____ **DATE** _____
52                                            McDermott
53
54 **WITNESS**_____ **SELLER** _____ **DATE** _____
55

COPYRIGHT PENNSYLVANIA ASSOCIATION OF REALTORS® 1993
6/01

 Pennsylvania Association of REALTORS®

Coldwell Banker Hearthside, 1094 Second Street Pike Richboro, PA 18954
Phone: 215-364-3900          Fax:  215-694-9036          Dawn Burke                                   Untitled
Produced with ZipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com