| A. | U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT SETTLEMENT STATEMENT | B. TYPE OF LOAN |
|---|---|---|
| | Cross Keys Abstract & Assurance, Inc. | 1. ☐ FHA   2. ☐ FMHA   3. ☐ CONV. UNINS. |
| | 100 Brandywine Blvd. | 4. ☐ VA    5. ☐ CONV. INS. |
| | Suite 302 | 6 File Number:  CKA17399       7. Loan Number: |
| | Newtown, Pennsylvania 18940 | 8 Mortgage Ins. Case No. |
| | (215)322-6633  fax: (215)322-6623 | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (poc) were paid outside the closing. They are shown here for informational purposes and are not included in the totals.

| D. Buyer: | Thomas DiStefano |
|---|---|
| E. Seller: | Nancy McDermott, Agent for Mary M. McDermott a/k/a Mary McDermott per Power of Attorney dated February 19, 2016 and herewith recorded |
| F. Lender: | |
| G. Property: | 6423 Radcliffe Street |
| | Bristol, Bucks County, Pennsylvania 19007 |
| | Bristol Township |
| | Bucks County, Pennsylvania |
| H. Settlement Agent: | Cross Keys Abstract & Assurance, Inc. |
| Place of Settlement: | 100 Brandywine Blvd., Suite 302, Newtown, Pennsylvania 18940  Bucks County |
| I. Settlement Date: | June 28, 2018 |

| J. | Summary of Buyer's Transaction | | K. | Summary of Seller's Transaction | |
|---|---|---|---|---|---|
| 100. | **Gross Amount Due From Buyer:** | | 400. | **Gross Amount Due To Seller:** | |
| 101. | Contract Sales Price | 135,000.00 | 401. | Contract Sales Price | 135,000.00 |
| 102. | Personal Property | | 402. | Personal Property | |
| 103. | Settlement Charges to Buyer (line 1400) | 4,134.04 | 403. | | |
| | Adjustments for Items Paid by Seller in Advance: | | | Adjustments for Items Paid by Seller in Advance: | |
| 106. | City / Town Taxes | | 406. | City / Town Taxes | |
| 107. | County / Twp Taxes Jun 29, 2018 thru Dec 31, 2018 | 985.04 | 407. | County / Twp Taxes Jun 29, 2018 thru Dec 31, 2018 | 985.04 |
| 108. | Assessments | | 408. | Assessments | |
| 109. | School Taxes Jun 29, 2018 thru Jun 30, 2018 | 37.22 | 409. | School Taxes Jun 29, 2018 thru Jun 30, 2018 | 37.22 |
| 120. | **Gross Amount Due from Buyer:** | 140,156.30 | 420. | **Gross Amount Due to Seller:** | 136,022.26 |
| 200. | **Amounts Paid by or in Behalf of Buyer:** | | 500. | **Reductions in Amount Due to Seller:** | |
| 201. | Deposit / Earnest Money | | 501. | Excess Deposit (see instructions) | |
| 202. | Principal Amount of New Loan | | 502. | Settlement Charges to Seller (Line 1400) | 1,850.00 |
| 203. | Existing Loan(s) | | 503. | Existing Loan(s)   # 05781497 16 | |
| 204. | | | 504. | Payoff of 1st Mort BOOK#5345/PAGE#1285 LOAN# to Shellpoint Mortgage Servicing | 134,172.26 |
| 205. | | | 505. | Payoff of Second Mortgage | |
| 206. | | | 506. | Purchase Money Mortgage | |
| 207. | | | 507. | Overnight Payoff to Cross Keys Abstract | |
| 208. | | | 508. | Satisfaction Fee to Cross Keys Abstract | |
| | Adjustments for Items Unpaid by Seller: | | | Adjustments for Items Unpaid by Seller: | |
| 210. | City / Town Taxes | | 510. | City / Town Taxes | |
| 211. | County / Parish Taxes | | 511. | County / Parish Taxes | |
| 212. | Assessments | | 512. | Assessments | |
| 213. | School Taxes Jul 1, 2017 thru Jun 28, 2018 | | 513. | School Taxes Jul 1, 2017 thru Jun 28, 2018 | |
| 220. | **Total Paid by / for Buyer:** | 0.00 | 520. | **Total Reductions in Amount Due Seller:** | 136,022.26 |
| 300. | **Cash at Settlement from / to Buyer:** | | 600. | **Cash at Settlement to / from Seller:** | |
| 301. | Gross Amount due from Buyer (line 120) | 140,156.30 | 601. | Gross Amount due to Seller (line 420) | 136,022.26 |
| 302. | Less Amount Paid by/for Buyer (line 220) | 0.00 | 602. | Less Reductions Amount due Seller (line 520) | 136,022.26 |
| 303. | **Cash From Buyer:** | $140,156.30 | 603. | **Cash From Seller:** | $0.00 |

HUD-1 May 2007
June 26, 2018 4:56 PM

File Number: CKA17399

Settlement Date: June 28, 2018

| L. Settlement Charges | | Paid from Buyer's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|
| **700. Total Sales / Broker's Commission:** Based on Price $135,000.00 | | | |
| Division of Commission as follows | | | |
| 701. | | | |
| 702. | | | |
| 703. Commission Paid at Settlement | | | |
| 704. Flat Commission | | | |
| **800. Items Payable in Connection with Loan:** | | | |
| 801. Loan Origination Fee | | | |
| 802. Loan Discount | | | |
| 803. Appraisal Fee | | | |
| 804. Credit Report | | | |
| 805. Lender's Inspection Fee | | | |
| 806. Tax Service Fee | | | |
| 807. Flood Certification | | | |
| **900. Items Required by Lender to be Paid in Advance:** | | | |
| 901. Daily interest charge from Jun 28, 2018 | | | |
| 902. Mortgage Insurance Premium | | | |
| 903. Hazard Insurance Premium | | | |
| 904. Flood Insurance Premium | | | |
| **1000. Reserves Deposited with Lender:** | | | |
| 1001. Hazard Insurance | | | |
| 1002. Mortgage Insurance | | | |
| 1003. City Property Taxes | | | |
| 1004. County Property Taxes | | | |
| 1005. Annual Assessments | | | |
| 1006. School Taxes | | | |
| **1100. Title Charges:** | | | |
| 1101. Deed Preparation Fee to Cross Keys Abstract | | 125.00 | 500.00 |
| 1102. Settlement Fee to Cross Keys Abstract | | | |
| 1103. Courier Fee | | 15.00 | |
| 1104. Wire Fee to Cross Keys Abstract | | | |
| 1105. Download Electronically Transmitted Mortgage Documents | | 30.00 | |
| 1106. Notary Fees to Settlement Officer | | | |
| 1107. Attorney Fees | | | |
| (includes above item numbers: | | | |
| 1108. Title Insurance to Cross Keys Abstract & Assurance, Inc. | | 1,346.95 | |
| (includes above item numbers: | | | |
| 1109. Lender's Coverage    0.00 | | | |
| 1110. Owner's Coverage    135,000.00 | | | |
| **1200. Government Recording and Transfer Charges:** | | | |
| 1201. Recording Fees: Deed   85.75   Mortgage   0.00   Releases   0.00 | | 85.75 | |
| 1202. City/County Tax/Stamps: Deed   1,350.00   Mortgage   0.00 | | 1,350.00 | |
| 1203. State Tax/Stamps: Deed   1,350.00   Mortgage   0.00 | | | 1,350.00 |
| 1204. Deed Registration | | | |
| 1205. | | | |
| **1300. Additional Settlement Charges:** | | | |
| 1301. Buyer Conveyancing Fee to CK Conveyancing LLC | | 325.00 | |
| 1302. Seller Conveyancing Fee | | | |
| 1303. Water-Aqua not lienable, client to call for service | | | |
| 1304. Final Sewer to Bristol Twp Sewer | | 856.34 | |
| **1400. Total Settlement Charges** (Enter on line 103, Section J and line 502, Section K) | | **$4,134.04** | **$1,850.00** |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

Buyer: _____    Seller: Nancy McDermott, Agent for Mary M. McDermott a/k/a Mary
Thomas DiStefano                              McDermott per Power of Attorney dated February 19, 2016 and
                                                          here Mary McDermott

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with the instructions of the parties hereto.

Settlement Agent: _____    Date: June 28, 2018
                    Lisa A. McLean

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see Title 18 U.S. Code Section 1001 and Section 1010.

HUD-1 May 2007
June 26, 2018 4:56 PM