**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO:  16-17792-elf |
| Mary M. McDermott | : | |
| | : | CHAPTER 13 |
| Debtor(s) | : | |

**ORDER**

**AND NOW,** upon consideration of Debtor's Objection to Proof of Claim of Shellpoint Mortgage Servicing (Proof of Claim No. 2-1), and after a hearing, and for the reasons stated in court,

IT IS HEREBY **ORDERED, t**hat Proof of Claim #2-1 be disallowed.

Date:  10/23/18

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**