United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 16-17792-elf
Mary M McDermott                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR          Page 1 of 1       Date Rcvd: Oct 24, 2018
                   Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2018.
db             +Mary M McDermott,    6423 Radcliffe Street,    Bristol, PA 19007-5718

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2018 at the address(es) listed below:
      CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-5 cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
      DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-5 bkgroup@kmllawgroup.com
      MICHAEL D. HESS    on behalf of Debtor Mary M McDermott amburke7@yahoo.com
      THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-5 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM EDWARD MILLER    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al... wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                              TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 16-17792-elf |
| Mary M. McDermott | : | |
| | : | CHAPTER 13 |
| Debtor(s) | : | |

**ORDER**

**AND NOW,** upon consideration of Debtor's Objection to Proof of Claim of Shellpoint Mortgage Servicing (Proof of Claim No. 2-1), and after a hearing, and for the reasons stated in court,

IT IS HEREBY **ORDERED,** that Proof of Claim #2-1 be disallowed.

Date:  10/23/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**