# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-17792-ELF

MARY M MCDERMOTT

6423 RADCLIFFE STREET

BRISTOL, PA 19007

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MARY M MCDERMOTT

    6423 RADCLIFFE STREET

    BRISTOL, PA 19007

Counsel for debtor(s), by electronic notice only.

    MICHAEL D. HESS
    BURKE & HESS
    1672 MANHEIM PK
    LANCASTER, PA 17601-

Date: 10/16/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee