# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                         Chapter 13

                         Bankruptcy No. 16-17792-ELF

MARY M MCDERMOTT

6423 RADCLIFFE STREET

BRISTOL, PA 19007

        Debtor

## **CERTIFICATE OF SERVICE**

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MARY M MCDERMOTT

6423 RADCLIFFE STREET

BRISTOL, PA 19007

Counsel for debtor(s), by electronic notice only.

MICHAEL D. HESS
BURKE & HESS
1672 MANHEIM PK
LANCASTER, PA 17601-

                                 /S/ William C. Miller

Date: 6/8/2020                 _____

                                   William C. Miller, Esquire
                                   Chapter 13 Standing Trustee