**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MARY M MCDERMOTT | Chapter 13 |
| Debtor | Bankruptcy No. 16-17792-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: July 22, 2020

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL D. HESS
BURKE & HESS
1672 MANHEIM PK
LANCASTER, PA 17601-

Debtor:
MARY M MCDERMOTT

6423 RADCLIFFE STREET

BRISTOL, PA 19007