United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-17792-elf
Mary M McDermott                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: DonnaR              Page 1 of 2              Date Rcvd: Jul 23, 2020
                             Form ID: pdf900           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2020.
db         +Mary M McDermott,   6423 Radcliffe Street,   Bristol, PA 19007-5718
cr         +THE BANK OF NEW YORK MELLON Et Al...,   Stern & Eisenberg,   1581 Main Street,   Suite 200,
             Warrington, PA 18976-3403
cr          THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   P.O. Box 10826,
             Greenville, SC  29603-0826
cr         +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   C/O Shellpoint Mortgage Servicing,
             Po Box 10826,   Geenville, SC 29603-0826
14054044   +Burke & Hess,   1672 Manheim Pike,   Lancaster, PA 17601-3028
13834854   +Denise Carlon,   KML Law Group,   c/o he Bank of New York Mellon FKA,   The Bank of New York,,
             701 Market Street ste 5000,   Philadelphia Pa 19106-1541
13819597   +McCabe, Weisberg and Conway, P.C.,   123 South Broad Streeet, Suite 1400,
             Philadelphia, PA 19109-1060
13819598   +Specialized Loan Servicing,   8742 Lucent Blvd.,   Suite 300,   Littleton, CO 80129-2386
13894871    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   INC., ASSET-BACKED CERTIFICATES,   SER,
             Shellpoint Mortgage Servicing,   Federal Rule of PO BOX 10826,   Greenville, SC 29603-0826
13885875   +William E. Miller, Esquire,   STERN&EISENBERG, PC,   1581 MAIN STREET, SUITE 200,
             THE SHOPS AT VALLEY SQUARE,   WARRINGTON, PA 18976-3403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Jul 24 2020 04:21:05     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2020 04:20:45
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 24 2020 04:21:03     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr         +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2020 04:21:50     Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13819596    E-mail/Text: mrdiscen@discover.com Jul 24 2020 04:20:33     Discover,   PO Box 30943,
             Salt Lake City, UT 84130
13828772    E-mail/Text: mrdiscen@discover.com Jul 24 2020 04:20:33     Discover Bank,
             Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13819595    E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 24 2020 04:22:01     Chase Card Services,
             PO Box 15298,   Wilmington, DE 19850
13872941   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 24 2020 04:22:08
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
          CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of
           New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
           Series 2007-5 cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
           York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
           Series 2007-5 bkgroup@kmllawgroup.com
          MICHAEL D. HESS    on behalf of Debtor Mary M McDermott amburke7@yahoo.com

```
District/off: 0313-2            User: DonnaR              Page 2 of 2                   Date Rcvd: Jul 23, 2020
                                Form ID: pdf900           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-5 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

        WILLIAM EDWARD MILLER    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al... wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

        TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
MARY M MCDERMOTT

Chapter 13

Debtor

Bankruptcy No. 16-17792-ELF

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: July 22, 2020

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL D. HESS
BURKE & HESS
1672 MANHEIM PK
LANCASTER, PA 17601-

Debtor:
MARY M MCDERMOTT

6423 RADCLIFFE STREET

BRISTOL, PA 19007